1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8  JENNIFER A. PELLINEN,                    )
                                            )
9                          Plaintiff,       )   Case No. C11-05576 JRC
          v.                                )
10                                          )   **ORDER GRANTING APPLICATION**
   MICHAEL J. ASTRUE, Commissioner of the   )   **TO PROCEED IN FORMA PAUPERIS**
11  Social Security Administration,         )
                                            )
12                         Defendant.       )
   _____ )

13        Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED.  Plaintiff

14  does not appear to have funds available to afford the $350.00 filing fee.

15        The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper

16  service of the complaint on the appropriate parties.  **It is the responsibility of plaintiff and**

17  **plaintiff's attorney to properly serve copies of the complaint along with appropriate**

18  **summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

19        DATED this 1st day of August, 2011.

20

21  _____
    J. Richard Creatura
22  United States Magistrate Judge

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1