UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JENNIFER A. PELLINEN,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>  Defendant. | Civil No. 3:11-CV-05576-RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

• Defendant shall have up to and including February 24, 2012, to file Defendant's responsive brief;

• Plaintiff shall have up to and including March 9, 2012, to file a reply brief; and

• Oral argument, if desired, shall be requested by March 16, 2012.

DATED this 22nd day of February 2012.

_____

J. Richard Creatura
United States Magistrate Judge

Page 1       ORDER - [3:11-CV-05576-RBL-JRC]