HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER A. PELLINEN,<br><br>Plaintiff,<br><br>v.<br><br>MICHEAL J. ASTRUE, Commissioner, Social Security Administration,<br><br>Defendant. | No.  11-cv-5576-RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>(Dkt. #25) |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) The Clerk is directed to send copies of this Order to counsel and the Honorable J. Richard Creatura.

Dated this 16th day of August 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE